No. 92, Misc. BILOCHE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 99, Misc. SUSANEC *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 103, Misc. STRAHL *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 104, Misc. RIZZI *v.* NEW YORK. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 106, Misc. BARRETT *v.* KANSAS ET AL. Supreme Court of Kansas. Certiorari denied.

No. 111, Misc. GILBERT *v.* ILLINOIS. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 118, Misc. WELLS *v.* ILLINOIS PAROLE AND PARDON BOARD ET AL. Supreme Court of Illinois. Certiorari denied.

No. 119, Misc. BRISTOL *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.